# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| ISABEL TRANSITO MIRANDA, CESAR BAUTISTA, and CESAR ISLAS, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAHARD EGG FARM, INC., and MAHARD PULLET FARMS, INC., <br><br> *Defendants*. | C.A. NO. 4:19-cv-00092-ALM <br> JUDGE MAZZANT |

## ORDER

Before the Court is the parties Joint Motion to Extend the Deadlines contained in the Court's Preliminary Scheduling Order (Dkt. #12) and Minute Order from August 6, 2019. Having reviewed the motion, the Court **GRANTS** the parties joint request and amends the deadlines as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Mediation Deadline | October 25, 2019 | November 1, 2019 |
| Deadline for Plaintiff to disclose class certification expert | November 1, 2019 | November 8, 2019 |
| Deadline to add Title VII claims | November 22, 2019 | November 29, 2019 |
| Deadline for Defendant to disclose class certification rebuttal expert | December 2, 2019 | December 9, 2019 |
| Deadline for class certification expert discovery | January 15, 2020 | January 22, 2020 |
| Deadline to file motion for class certification | February 3, 2020 | February 10, 2020 |

**IT IS SO ORDERED**.

**SIGNED this 26th day of September, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE