# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ISABEL TRANSITO MIRANDA, ET AL. | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** 4:19cv92 |
| | § | **JUDGE MAZZANT** |
| MAHARD EGG FARM, INC., ET AL. | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan.  By agreement of the parties, the mediator assigned is Gloria Portela. The mediator's address and telephone number are: 700 Milam Street, Suite 1400, Houston, TX 77002, (713) 225-2341, gportela@seyfarth.com.

The mediation conference shall be conducted by the following date: **November 1, 2019.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall submit a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**
  SIGNED this 26th day of September, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE