# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **TRANCITO ISABEL MIRANDA, CESAR BAUTISTA, and CESAR ISLAS, Individually and On Behalf of All Others Similarly Situated,** | § § § § § | |
| *Plaintiffs*, | § § | **C.A. NO. 4:19-cv-00092-ALM** |
| v. | § § | **JUDGE MAZZANT** |
| **MAHARD EGG FARM, INC., and MAHARD PULLET FARMS, INC.,** | § § § § | |
| *Defendants*. | § | |

## PRELIMINARY APPROVAL ORDER

Based on the Plaintiffs' Unopposed Motion for Preliminary Approval of the Proposed Settlement (Dkt. #54) and good cause shown therein, it is hereby **ORDERED**:

1.  Preliminary Approval of Proposed Settlement. The Agreement, including all exhibits thereto, is preliminarily approved as fair, reasonable, and adequate and within the range of reasonableness for preliminary settlement approval. The Court finds that: (a) the Agreement resulted from extensive arm's length negotiations between experienced counsel; (b) the Agreement was reached in good faith and in the absence of collusion; (c) a presumption of fairness is appropriate for preliminary settlement approval; (d) the class notices and procedures proposed by the parties satisfy Rule 23 of the Federal Rules of Civil Procedure and the Constitutional requirement of Due Process; and (e) the Agreement is sufficient to warrant notice of the Settlement to persons in the Settlement Class and a full hearing on the approval of the Settlement.

The court also understands that counsel will be submitting a fee petition in support of their requested fee award, expenses, costs of settlement administration, and incentive awards for

the class representatives and declarants. At this stage, the court finds the requested awards preliminarily reasonable; though, will evaluate the requested awards in light of any class member responses and counsel's forthcoming petition and render an opinion on same within the court's final approval order.

    2.    Class Certification for Settlement Purposes Only. Pursuant to Federal Rule of Civil Procedure 23(c), the Court conditionally certifies, for settlement purposes only, the following Settlement Class:

> *All Hispanic individuals who were employed in a non-managerial position by Mahard Egg Farm, Inc., or Mahard Pullet Farm, Inc., at Mahard's Chillicothe, TX, facility at any time from January 14, 2015, to the present.*

In connection with this conditional certification, the Court makes the following preliminary findings for settlement purposes only:

(a) The Settlement Class appears to be so numerous that joinder of all members is impracticable;

(b) There appear to be questions of law or fact common to the Settlement Class for purposes of determining whether this Settlement should be approved;

(c) Named Plaintiffs' claims appear to be typical of the claims being resolved through the proposed Settlement;

(d) Named Plaintiffs appear to be capable of fairly and adequately protecting the interests of the Settlement Class Members in connection with the proposed Settlement;

(e) Common questions of law and fact appear to predominate over questions affecting only individual persons in the Settlement Class. Accordingly, the Settlement Class appears to be sufficiently cohesive to warrant settlement by representation; and

(f) Certification of the Settlement Class appears to be superior to other available methods for the fair and efficient resolution of the claims of the Settlement Class.

3. Class Counsel. Nichols Kaster, PLLP, and Equal Justice Center and Transnational Worker Rights Clinic are hereby appointed as Class Counsel.

4. Class Representatives. Plaintiffs Trancito Isabel Miranda, Cesar Bautista, and Cesar Islas are hereby appointed Class Representatives.

5. Class Notice. The Parties' Postcard Notice and Claim Form and Long Form Notice are approved for distribution in accordance with the schedule included in the Settlement Agreement. The Postcard Notice and Claim Form are to be mailed, and the Long Form Notice is to be posted on the settlement website. The parties are permitted to make changes prior to mailing/posting to include applicable deadlines and contact information. In the Postcard Notice and Claim Form, Spanish translation should also be inserted where placeholders so indicate. The Long Form Notice should be translated to Spanish and both English and Spanish versions posted.

6. Opt-Outs and Objections. Members of the Settlement Class shall have the right to either opt out or object to this Settlement pursuant to the procedures and schedule included in the Settlement Agreement.

7. No Waiver of Defenses.  The Court recognizes that Defendants reserve all of their defenses and objections against and rights to oppose any request for class certification in the event that the proposed Settlement does not become final for any reason. Defendant also reserves its defenses to the merits of the claims asserted if the Settlement does not become final for any reason. If the final settlement is not approved, this Order may not be used as evidence in a future

dispute over class certification or notice. Any future dispute over class certification would be resolved based on the evidence presented at that time.

8. Effect of Failure to Approve Settlement. If the Settlement is not finally approved by the Court, or for any other reason the Parties fail to obtain a Final Approval Order as contemplated in the Settlement Agreement, or if the Settlement is terminated pursuant to its terms for any reason, then the following shall apply:

(a) All orders and findings entered in connection with the Settlement shall become null and void and have no further force or effect, shall not be used or referred to for any purpose whatsoever, and shall not be admissible or discoverable in any other proceeding;

(b) Nothing in this Preliminary Approval Order is, or may be construed as, any admission or concession by or against Plaintiffs or Defendants;

(c) Neither the Settlement nor any publicly disseminated information regarding the Settlement, including, without limitation, the Class Notice, court filings, orders and public statements, may be used as evidence. In addition, neither the fact of, nor any documents relating to, either party's withdrawal from the Settlement, any failure of the Court to approve the Settlement and/or any objections or interventions may be used as evidence.

9. Final Approval Hearing. A Final Approval Hearing is set for July 23, 2020, at 8:15 A.M., before United States District Judge Amos Mazzant at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090.

**IT IS SO ORDERED.**

**SIGNED this 5th day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE